IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| LEON PAIGE LITTLE OWL | Violations:  18 U.S.C. §§ 2243(a) and 1153 |

**Sexual Abuse of a Minor**

The Grand Jury Charges:

From on or about January 1, 2016, to on or about December 31, 2016, in Indian country, and within the exclusive jurisdiction of the United States,

LEON PAIGE LITTLE OWL,

an Indian, knowingly engaged in a sexual act, that is, vaginal intercourse of J.K. (Y.O.B. 2002), a minor who had attained the age of 12 years but had not attained the age of 16 years, with an intent to abuse, humiliate, harass, degrade, and arouse, and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2243(a) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

GLD/tmg