AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-D/ND
2023 APR 13 10:34

| United States of America | ) |
|---|---|
| v. | ) |
| Leon Paige Little Owl | )  Case No. 1:23-cr-058 |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Leon Paige Little Owl,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Sexual Abuse of a Minor

Date:  04/12/2023

/s/ Carla Schultz
*Issuing officer's signature*

City and state:  Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/12/23, and the person was arrested on *(date)* 4/18/23
at *(city and state)* Minot, ND.

Date: 4/18/23

[signature]
*Arresting officer's signature*

DUSM Vaughn
on behalf of FBI
*Printed name and title*