UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>LEON PAIGE LITTLE OWL,<br><br>         Defendant. | Cr. No. 1:23-CR-058<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case for the

Defendant, Leon Paige Little Owl.

Dated this 4/20/2023.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:


*/s/ Scott Rose*
Scott Rose
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Ave, Ste 230
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile:
701-250-4498
filinguser_SDND@fd.org