# UNITED STATES DISTRICT COURT
## THE DISTRICT OF NORTH DAKOTA
## BISMARCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIMINAL NO. 1:23-CR-00058-DMT-1 |
| § | |
| LEON PAIGE LITTLE OWL § | |

### DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW The Defendant, through retained counsel, and requests that This Honorable Court allow him to substitute counsel for the remainder of these proceedings, in accordance with the Local Rules of the District of North Dakota.

I.

Substitution of Counsel

Mr. Little Owl is currently represented by Federal Public Defender, Bradley Rose.

Mr. Little Owl wishes to substitute, as his retained counsel, Guy L. Womack and to terminate the services of Mr. Rose.  Defendant wishes to proceed with the undersigned counsel as his attorney-in-charge and only counsel.

The requested counsel is Guy L. Womack, Texas Bar No. 00788928, who is admitted to practice before the United States District Court for the District of North Dakota and previously has practiced before This Honorable Court.

This counsel has contacted his predecessor counsel, who has no objection to this motion.

II.

Withdrawal of Predecessor Counsel

Should This Honorable Court approve Mr. Little Owl's request for substitution of counsel, then it is requested that Mr. Rose, be allowed to withdraw as counsel and not be required to act further in these proceedings.

III.

Relief Requested

WHEREFORE, Defendant respectfully prays of This Honorable Court to grant his motion for the substitution of counsel, and that predecessor counsel withdraw from further participation.

Very respectfully,

/S/ Guy L. Womack

Guy L. Womack
Retained Counsel for Defendant
Texas Bar No. 00788928
District No. 19897
402 Main Street
Suite 6 North
Houston, Texas   77002
Tel:  (713) 224-8815
Fax:  (713) 528-6222

CERTIFICATE OF SERVICE

A copy of this motion was delivered, via CM/ECF, to Government Counsel and predecessor defense counsel on this 21st day of April, 2023.

/S/ Guy L. Womack
Guy L. Womack