UNITED STATES DISTRICT COURT
THE DISTRICT OF NORTH DAKOTA
BISMARCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO. 1:23-CR-00058-DMT-1 |
| LEON PAIGE LITTLE OWL | § | |

## ORDER

THIS COURT, having considered Defendant's Motion for Substitution of Counsel and applicable case law, finds and it is ordered that Defendant's motion is hereby **GRANTED DENIED**.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
CLARE R. HOCHHALTER
UNITED STATES MAGISTRATE JUDGE