IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. 1:23-cr-00058 |
| LEON PAIGE LITTLE OWL | Violations:  18 U.S.C. §§ 2244(a)(3) and 1153 |

**Abusive Sexual Contact of a Minor**

The United States Attorney Charges:

From on or about January 1, 2016, to on or about December 31, 2016, in Indian country, and within the exclusive jurisdiction of the United States,

LEON PAIGE LITTLE OWL,

an Indian, knowingly engaged in a sexual contact of J.K. (Y.O.B. 2002), a minor who had attained the age of 12 years but had not attained the age of 16 years, with an intent to abuse, humiliate, harass, degrade, and arouse, and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Sections 2244(a)(3) and 1153.

_(signature)_ for
_____
MAC SCHNEIDER
United States Attorney

GLD/tmg