O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF <u>NORTH DAKOTA</u>_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>LEON PAIGE LITTLE OWL | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 1:23-CR-00058 |

I, <u>LEON LITTLE OWL</u>, the above named defendant, who is accused of violations of 18 U.S.C., Section 2244(a)(3),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ May , 2023 _____ prosecution by indictment and consent that the pro-

Date

ceeding may be by information rather than by indictment.

_____
LEON PAIGE LITTLE OWL, DEFENDANT

_____
GUY L. WOMACK, Counsel for Defendant

Before _____
DANIEL M. TRAYNOR, Judicial Officer



| Submit | Go |