UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | DOCKET NO.: 0868 1:23CR00058-1 |
| LEON PAIGE LITTLE OWL | § § | |

**SENTENCE MEMORANDUM**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant, through Defendant's Counsel, and files this sentencing memorandum.

I.

Objections

Defendant has no objections to the Presentence Investigation Report.

II.

Request for Variance

Defendant very respectfully requests that This Honorable Court impose a sentence to probation so that he may move to New Mexico, marry his fiancée and commence a new life, there.

We ask Your Honor to consider that Defendant has admitted his guilt in this case, and has always been gainfully employed and self-supporting, along with the other factors of Title 18, USC, Section 3553(a).

III.

Request for Recommendation

Defendant very respectfully requests that, in the event he is ordered into custody, This Honorable Court recommend he be designated to the Bureau of Prisons facility closest to

Albuquerque, New Mexico, for the convenience of his family and fiancée visiting him during his incarceration.

## IV.

## Conclusion

WHEREFORE, premises considered, Defendant very respectfully requests that This Honorable Court sentence him to a period of probation, or in the alternative, recommend he be designated to the BOP facility closest to his fiancée in Albuquerque, New Mexico so that she and his family may visit him during his incarceration.

Very respectfully,

*/S/ Guy L. Womack*
Guy L. Womack
Counsel for Defendant
Texas Bar No. 00788928
Guy L. Womack & Associates, PC
Attorneys at Law
609 Heights Blvd.
Houston, Texas   77007
Tel: (713) 224-8815
Fax: (713) 224-8812

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon the Probation Officer and Government Counsel by email on this 14th  day of August, 2023.

*/S/ Guy L. Womack*
Guy L. Womack